**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE,<br><br>Defendants. | No.: 1:17-cv-02583-RBK-AMD<br><br>**NOTICE OF MOTION OF THE AMMA INVESTOR GROUP'S MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**MOTION DATE: July 17, 2017** |

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Daniel Ciccarelli, Michael Desantis, Michael Malcolm, Thomas Bendheim and Anthony Shenk (the "AMMA Investor Group" or "Movants"), hereby move the Honorable Robert B. Kugler, United States

1

District Judge, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order:

    (a)    appointing Movants to serve as Lead Plaintiffs in this action; and

    (b)    approving their selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movants submit: (1) the Declaration of Laurence Rosen dated June 16, 2017 (with exhibits); (2) Memorandum of Law in support of Motion dated June 16, 2017; and (3) a [Proposed] Order.

Dated: June 16, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296

Email: peretz@bgandg.com

-and-

**GOLDBERG LAW PC**
Michael Goldberg, Esq.
1999 Avenue of the Stars, Suite 1100
Los Angeles CA 90067
Phone: (800) 977-7401
Fax: (800) 536-0065

Additional counsel to Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen