# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>                                      Plaintiff,<br><br>- against -<br><br>ALLIANCE MMA, INC.,<br>PAUL K. DANNER, III, and JOHN PRICE, and NETWORK 1 FINANCIAL SECURITIES, INC.<br><br>                                    Defendants. | Civil Action No. 1:17-cv-2583 (RBK)(AMD)<br><br>\* ELECTRONICALLY FILED \*<br><br>**Returnable**<br>**May 14, 2018**<br><br>Oral Argument Requested |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

**TO:**    Laurence M. Rosen, Esq.        Israel Dahan, Esq.
THE ROSEN LAW FIRM, P.A.        KING & SPAULDING LLP
609 W. South Orange Avenue, Suite 2P    1185 Avenue of the Americas
South Orange, NJ 07079                New York, NY 10036
*Counsel for Lead Plaintiffs*             *Counsel for Alliance MMA, Inc.*

**PLEASE TAKE NOTICE,** that on Monday, May 14, 2018 at 9 a.m. or as soon thereafter as counsel may be heard, defendant Network 1 Financial Securities, Inc. ("Network 1"), will move before the United States District Court of New Jersey, per. Honorable Robert B. Kugler, U.S.D.J., 4th & Cooper Streets, Camden, NJ 08101 in the above matter for an Order dismissing the Amended Complaint filed in the matter entitled: *Eric Shapiro, et al. v. Alliance MMA, Inc., et al.* for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE,** that this motion is being filed in accordance with the procedures set forth in L. CIV. R. 7.1.

**PLEASE TAKE FURTHER NOTICE,** that in support of the within motion Network 1 shall rely upon the Memorandum of Law, Request for Judicial Notice, and the Declaration of Peter G. Siachos, Esq. (and exhibits thereto) submitted herewith.

**PLEASE TAKE FURTHER NOTICE,** that oral argument is respectfully requested if any opposition is submitted.

**PLEASE TAKE FURTHER NOTICE,** that a proposed form of Order is submitted herewith.

Dated:  March 2, 2018                                                 Respectfully submitted,

By:        */s/ Peter G. Siachos*
             Peter G. Siachos
             Jack I. Siegal (*pro hac vice* pending)

             **GORDON & REES LLP**
             18 Columbia Turnpike, Suite 220
             Florham Park, New Jersey 07932
             Phone No.: (973) 549-2532
             Fax No.: (973) 377-1911
             E-mail: psiachos@grsm.com
                         jsiegal@grsm.com

             *Attorneys for Defendant*
             *Network 1 Financial Securities, Inc..*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, that the following documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure upon all counsel of record via the Court's Electronic Case Filing System:

1. *Network 1 Financial Securities, Inc's Notice of Motion to Dismiss the Complaint;*

2. *Memorandum in Support of Defendant Network 1 Financial Securities, Inc's Motion to Dismiss Pursuant to Local Rule and Fed. R. Civ. P. 12(b)(6);*

3. *Declaration of Peter G. Siachos in Support of Defendant Network 1 Financial Securities, Inc's Motion to Dismiss;*

4. *Network 1 Financial Securities, Inc's Civil Action – Proposed Order Granting Motion to Dismiss*;

5. *Network 1 Financial Securities, Inc.'s Request for Judicial Notice in Support of Motion to Dismiss*.

Dated:  March 2, 2018

                                             */s/ Peter G. Siachos*
                                             Peter G. Siachos