## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE,<br><br>Defendants. | Case No. 1:17-cv-02583-RBK-AMD<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants Alliance MMA, Inc., Paul K. Danner, III, and John Price's Motion to Dismiss the Amended Class Action Complaint, the Declaration of Israel Dahan dated March 2, 2018, together with the attached exhibits, and all prior pleadings and proceedings herein, the undersigned will move this Court before the Honorable Robert B. Kugler, United States District Judge at the United States Courthouse located at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets Room 1050, Camden, NJ 08101, at such date and time determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) granting Defendants' Motion to Dismiss the Amended Complaint with prejudice and for such other relief as this Court may deem just and proper.

Dated:  March 2, 2018

Respectfully submitted

/s/ Israel Dahan
Israel Dahan
Paul R. Bessette (*Pro Hac Vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-2601
Tel:  (212) 556-2100
Fax: (212) 556-2200
pbessette@kslaw.com
idahan@kslaw.com

Michael J. Biles (*Pro Hac Vice*)
Jill R. Carvalho (*Pro Hac Vice*)
Rebecca Matsumura (*Pro Hac Vice*)
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX  78701
Tel: (512) 457-2000
Fax: (512) 457-2100
mbiles@kslaw.com
jcarvalho@kslaw.com
rmatsumura@kslaw.com

*Attorneys for Defendants Alliance MMA, Inc., Paul K. Danner, III, and John Price*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document has been filed electronically on the 2nd day of March 2018. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Laurence M. Rosen
THE ROSEN LAW FIRM, PA
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
(973) 313-1887
lrosen@rosenlegal.com

*Attorneys for Plaintiff*

Jeffrey P. Valacer
GORDON AND REES LLP
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
973-549-2511
jvalacer@gordonrees.com

*Attorneys for Defendant
Network 1 Financial Securities, Inc.*

        KING & SPALDING LLP

By: */s/ Israel Dahan*
     Israel Dahan
     Paul R. Bessette (*Pro Hac Vice*)
     KING & SPALDING LLP
     1185 Avenue of the Americas
     New York, NY 10036

     *Attorneys for Defendants
     Alliance MMA, Inc., Paul K. Danner, III, and
     John Price*