**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE<br><br>Defendants. | Case No.: 1:17-cv-02583-RBK-AMD<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: May 7, 2018<br><br>Hon. Robert B. Kugler |

**PLEASE TAKE NOTICE** that on May 7, 2018, Lead Plaintiffs Daniel Ciccarelli, Michael Desantis, Michael Malcolm, Thomas Bendheim and Anthony Shenk ("Plaintiffs") will move this Court, the Honorable Robert B. Kugler, United States District Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 4D, Camden, NJ 08101, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendants Alliance MMA, Inc., Paul K. Danner, III, John Price, and Network 1 Financial Securities, Inc. ("Defendants"); (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider at the hearing on this motion.

Defendants do not oppose this motion.

Dated: March 27, 2018            Respectfully submitted,

                                                  **THE ROSEN LAW FIRM, P.A.**

                                                  /s/ Laurence Rosen
                                                  Laurence Rosen, Esq.
                                                  609 W. South Orange Avenue

Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of March, 2018 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

              */s/ Laurence Rosen*
              Laurence Rosen