**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE<br><br>Defendants. | Case No.: 1:17-cv-02583-RBK-AMD<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hon. Robert B. Kugler |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order dated June 29, 2018 (Dkt. #60), on October 15, 2018, at 9:30 a.m. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 4D, Camden, NJ, 08101, before the Honorable Robert B. Kugler, United States District Judge, Lead Plaintiffs Daniel Ciccarelli, Michael Desantis, Michael Malcolm, Thomas Bendheim and Anthony Shenk ("Plaintiffs"), through their undersigned Counsel, will move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Lead Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence Rosen in Support of Final Approval of Settlement and Award of Attorneys' Fees and Expenses, and the exhibits thereto; the Stipulation and Agreement of Settlement filed March 27, 2018 and the exhibits thereto (Dkt. #53-1); and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

Dated: September 10, 2018             Respectfully submitted,

                                                              **THE ROSEN LAW FIRM, P.A.**

                                                              /s/ Laurence Rosen
                                                              Laurence Rosen, Esq.
                                                              609 W. South Orange Avenue
                                                              Suite 2P
                                                              South Orange, NJ  07079
                                                              Tel:  (973) 313-1887
                                                              Fax: (973) 833-0399

lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of September, 2018 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

            */s/ Laurence Rosen*
            Laurence Rosen