## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

~~COURTESY COPY~~

| | |
|---|---|
| ERIC SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE MMA, INC., PAUL K. DANNER, III, and JOHN PRICE<br><br>Defendants. | Case No.: 1:17-cv-02583-RBK-AMD<br><br>**[~~PROPOSED~~] ORDER AWARDING LEAD COUNSEL's ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS**<br><br>Hon. Robert B. Kugler |

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Plaintiffs' Counsel, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and awards to the Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement dated March 26, 2018 and filed with the Court on March 27, 2018 (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Plaintiffs' Counsel during the final approval hearing on the 15th day of October, 2018, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.     The Rosen Law Firm, P.A. is awarded one-third (33 1/3%) of the Settlement Fund, or $516,666.66, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.     The Rosen Law Firm, P.A. shall be reimbursed out of the Settlement Fund in the amount of $12,839.55 for its expenses and costs.

3.     Each Lead Plaintiff shall be awarded $3,000 as incentive award and reimbursement for his lost time and expenses in connection with his prosecution of this action.

4.     Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and awards to Lead Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

/

/

/

**IT IS SO ORDERED.**

Dated: _10|15|2018_

_____
HON. ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE